IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**STACI LEEANNE McDADE,**

**Defendant.**                                                                 No. 05-CR-30134-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is McDade's request for disclosure of expert testimony (Doc. 17). Specifically, McDade requests the Government to disclose a written summary of any testimony that it intends to use under Rules 702, 703 or 705 of the Rules of Evidence along with the witnesses' opinions, the bases and reasons for the opinions and the witnesses' qualifications. In response to the motion, the Government contends that except as to the chemical analysis of controlled substances, it does not contemplate the need for expert testimony within the meaning of Rules 702, 703 and 705 of the Rules of Evidence (Doc. 24). Further, the Government maintains that it has already furnished copies of the reports of the DEA chemists to defense counsel. Thus, the Court **DENIES as moot** McDade's request for disclosure of expert testimony. However, in the event that Government decides that it will use expert testimony, it shall provide McDade with the relevant

information.

**IT IS SO ORDERED.**

Signed this 2nd day of November, 2005.

                                                   /s/           David RHerndon
                                          **United States District Judge**