IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

STACI LEEANNE McDADE,

Defendant.                                                                  No. 05-CR-30134-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is McDade's motion to disclose confidential informants and confidential sources, for *Giglio* material (Doc. 20).  In response, the Government agrees that all parties should have equal access to witnesses, that it will take no action to discourage any Government witnesses from participating in an interview and that it will fulfil its obligations under ***Brady v. Maryland*, 373 U.S. 83 (1973)**, ***Giglio v. Unites States*, 405 U.S. 150 (1972)** and its progeny (Doc. 25).  Thus, the Court **DENIES as moot** McDade's motion to disclose confidential informants and confidential sources, for *Giglio* material.

**IT IS SO ORDERED.**

Signed this 2nd day of November, 2005.

/s/          David RHerndon
**United States District Judge**