IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**STACI LEEANNE McDADE,**

**Defendant.**                                    No. 05-CR-30134-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is McDade's motion for disclosure of impeaching information (Doc. 19).  In response, the Government asserts that it has already provided McDade with some of the information requested and that it will provide prior to trial all requisite records and information in its possession relevant in this case (Doc. 26).  Thus, the Court **DENIES as moot** McDade's motion for disclosure of impeaching information (Doc. 19).

**IT IS SO ORDERED.**

Signed this 2nd day of November, 2005.

/s/          David RHerndon
**United States District Judge**