# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**STACI LEEANNE McDADE,**

**Defendant.**                                          **No. 05-CR-30134-DRH**

## ORDER

**HERNDON, District Judge:**

      Pending before the Court is McDade's motion for notice of intent and description of 404(b) Evidence (Doc. 18).  In response, the Government maintains that it is unaware of evidence within the ambit of Rule 404(b) and that if it becomes aware of such evidence it will notify the Court and McDade.  Thus, the Court **DENIES as moot** at this time the motion for notice of intent and description of 404(b) Evidence (Doc. 18)

      **IT IS SO ORDERED.**

      Signed this 2nd day of November, 2005.

                               /s/         David RHerndon
                               **United States District Judge**