IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

STACI LEEANNE McDADE,
Defendants.                                                    No. 05-30134-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant Staci Leeanne McDade's third ex parte and under seal motion to continue trial. (Doc. 48.) The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweighs the best interest of the public and the Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant McDade's third ex parte and under seal motion to continue trial. (Doc. 48.) The Court **CONTINUES** the **jury trial** scheduled for September 27, 2006 at 9:00 a.m. to **Monday, December 4, 2006 at 9:00 a.m.** The time from the date the original motion was filed, August 23, 2006, until the date to which the trial is rescheduled, December 4, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 24th day of August, 2006.

/s/      David   RHerndon
**United States District Judge**