IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

STACI LEEANNE McDADE,

Defendant.                                              No. 05-CR-30134-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is the Government's motion in limine (Doc. 71). Specifically, the Government moves in limine to prohibit the introduction of the following as irrelevant: a CD with a recording of someone apparently made in 1994; a series of photographs; and another series of photographs of an electric curling iron. McDade opposes the motion arguing that she has an absolute right to present a defense at trial, that no evidence has been presented and as such the prosecution's motion is premature (Doc. 85). The Court agrees with Defendant. The Court **DENIES at this time** as premature the Government's motion in limine (Doc. 71). The Government may re-raise these issues at the appropriate time.

**IT IS SO ORDERED.**

Signed this 1st day of February, 2007.

/s/      David    RHerndon
**United States District Judge**