IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**STACI LEEANNE McDADE,**

    **Defendant.**                                    **Case No. 05-CR-30134-DRH**

<u>ORDER</u>

**HERNDON, District Judge:**

        On September 17, 2007, the Court held a hearing on the Government's motion to quash subpoenas for testimony of Drug Enforcement Administration Agents Matt McKnight, Bill Ard, John McGarry and John Fremgen (Doc. 105) and Defendant's motion to remedy prosecution's violation of Defendant's Sixth Amendment Right Counsel (Doc. 107). As to the Government's motion to quash, the Court took the matter under advisement. As to Defendant's motion to remedy prosecution's violation of Defendant's Sixth Amendment right to counsel, the Court orally granted in part that motion. For the reasons stated on the record, the Court found that the documents in question are attorney-client privilege, sealed the documents in question and the record pertaining to this issue and retained the sealed documents. The Court also noted that if the Government desires a hearing to determine whether McDade has waived the attorney-client privilege as to those

documents, the Government shall notify the Court.

**IT IS SO ORDERED.**

Signed this 17th day of September, 2007.

/s/      DavidRHerndon
United States District Judge