IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

STACI LEEANNE McDADE,

Defendant.                                    No. 05-CR-30134-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion for additional time in which to file objections to Presentence Report (Doc. 124). Said motion is **GRANTED**. The Court **ALLOWS** Defendant up to and including March 4, 2008 to file objections.

**IT IS SO ORDERED.**

Signed this 25th day of February, 2008.

/s/      David R Herndon

**Chief Judge**
**United States District Court**