IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACI LEEANNE McDADE,

    Defendant.                                 Case No. 05-CR-30134-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion for additional time in whch to file objections to Presentence Report and continue sentencing (Doc. 126). Said motion is **GRANTED**. The Court **ALLOWS** Defendant up to and including March 10, 2008 to file objections and **CONTINUES** the sentencing to April 14, 2008 at 1:30 p.m.

**IT IS SO ORDERED.**

Signed this 5th day of March, 2008.

                                                              /s/     David R Herndon
                                                              Chief Judge
                                                              United States District Judge