IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACI LEEANNE McDADE,

    Defendant.                             Case No. 05-CR-30134-DRH

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is McDade's motion to continue sentencing (Doc. 133). Said motion is **GRANTED**. The Court **CONTINUES** the sentencing set for April 14, 2008 to June 20, 2008 at 10:30 a.m.

    **IT IS SO ORDERED.**

    Signed this 2nd day of April, 2008.

                                                   /s/     David R Herndon
                                                     Chief Judge
                                                     United States District Court