IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**STACI LEEANNE McDADE,**

    **Defendant.**　　　　　　　　　　**Case No. 05-CR-30134-DRH**

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is McDade's motion for leave to file amended objections to the presentence investigation report (Doc. 135). Said motion is **GRANTED**. The Court **ORDERS** Defendant to file the amended objections *instanter*.

    **IT IS SO ORDERED.**

    Signed this 24th day of April, 2008.

                            /s/     David R Herndon
                              Chief Judge
                              United States District Court